IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR19 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADU-ANSERE KWAME OKAI, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that jury trial regarding Count II of the Indictment is scheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 26, 2005, at 9:00 a.m.**  Since this is a criminal case, the defendant shall be present, unless excused by the court.  If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

    DATED this 30th day of June, 2005.

                                                              BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  JOSEPH F. BATAILLON
                                                  United States District Judge