IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:05CR19 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER NUNC PRO TUNC |
| ) | |
| ADU-ANSERE KWAME OKAI, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion.  A Judgment, Filing No. 26, and a Statement of Reasons, Filing No. 27, were erroneously entered in this case.  Accordingly,

IT IS ORDERED that the Judgment and Statement of Reasons entered herein, Filing Nos. 26 and 27, are hereby stricken.

DATED this 27th day of July, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge