IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:05CR19 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ADU-ANSERE KWAME OKAI, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Opinion (Filing No. 60) and Judgment of the Eighth Circuit Court of Appeals (Filing No. 61),

IT IS ORDERED that hearing on the above matter is scheduled for **October 20, 2006, at 8:30 a.m.,** Courtroom 3 (Omaha), Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

DATED this 21st day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge